**SURFCAST, INC., Appellant**

v.

**MICROSOFT CORPORATION, Appellee.**

No. 2015–1568.

United States Court of Appeals, Federal Circuit.

May 9, 2016.

John Allcock, DLA Piper LLP (US), San Diego, CA, argued for appellant. Also represented by Kathryn Riley Grasso, Stanley Joseph Panikowski III; Erica Pascal, San Francisco, CA; James M. Heintz, Reston, VA.

Joseph A. Micallef, Sidley Austin LLP, Washington, DC, argued for appellee. Also represented by Anna Mayergoyz Weinberg, Wonjoo Suh, Jeffrey Paul Kushan, Scott Border; Constantine L. Trela, Jr., Richard Alan Cederoth, Chicago, IL.

Meredith Hope Schoenfeld, Office of the Solicitor, United States Patent and Trademark Office, Alexandria, VA, argued for intervenor Michelle K. Lee. Also represented by Thomas W. Krause, Brian Racilla, Scott Weidenfeller.

TARANTO, SCHALL, and HUGHES, Circuit Judges.

**JUDGMENT**

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**